.

| | | |
|---|---|---|
| PHILLIP DALE DANIELS<br>3948 CR 23<br>LOUIN, MS 39338 | CITI BANK<br>PO BOX 6406<br>SIOUX FALLS, SD 57117 | CROWN ASSET MANAGEMENT<br>3100 BRECKENRIDGE BLVD<br>STE 725<br>DULUTH, GA 30096 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CITIBANK<br>CENTRALIZED BANKUPTCY<br>PO BOX 790040<br>ST LOUIS, MO 63179 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY, OH 43054 |
| AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO, TX 79998 | CITIBANK<br>CENTRALIZED BANKRUPTCY<br>PO BOX 790046<br>ST LOUIS, MO 63179 | FIRST STATE BANK<br>1808 HWY 84 W<br>LAUREL, MS 39440 |
| ASPIRE<br>P.O. BOX 105555<br>ATLANTA, GA | COMENITY BANK<br>P.O. BOX 183044<br>COLUMBUS, OH 43218-3044 | FNB OMAHA<br>ATTN: BANKRUPTCY<br>P.O. BOX 3128<br>OMAHA, NE 68103 |
| AVANT<br>222 NORTH LASALLE ST<br>SUITE 1600<br>CHICAGO, IL 60601 | COMENITY BANK<br>P.O. BOX 182120<br>COLUMBUS, OH 43218 | FORTIVA<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 |
| BEST EGG<br>PO BOX 1216<br>CHESAPEAKE, VA 23327 | COMMUNITY BANK<br>ATTN: BANKRUPTCY<br>1905 COMMUNITY BANK WY<br>FLOWOOD, MS 39232 | FORTIVA<br>ATTN: BANKRUPTCY<br>P.O. BOX 105555<br>ATLANTA, GA 30348 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | CONNEXUS CREDIT UNION<br>ATTN: BANKRUPTCY<br>P.O.BOX 8026<br>WAUSAU, WI 54402 | GGR<br>ATTN ROGER GUTIERREZ<br>PO BOX 571811<br>HOUSTON, TX 77257 |
| CAPITAL ONE AUTO<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | CONTINENTAL FINANCE CO<br>ATTN: BANKRUPTCY<br>4550 LINDEN HILL RD<br>STE 4<br>WILMINGTON, DE 19808 | JACOB LAW GROUP<br>P.O. BOX 948<br>OXFORD, MS 38655 |
| CFNA<br>ATTN: BANKRUPTCY<br>PO BOX 81315<br>CLEVELAND, OH 44181 | CREDIT COASTAL LLC<br>3300 RIDER TRAIL<br>STE. 500<br>EARTH CITY, MO 63045 | JEFFERSON CAPITAL<br>PO BOX 23051<br>COLUMBUS, GA 31902 |

```
LVNV FUNDING                  SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT.
PO BOX 10497                  P.O. BOX 965065
GREENVILLE, SC 29603          ORLANDO, FL 32896


MARY DANIELS                  SYNCHRONY BANK
3948 COUNTY ROAD 23           PO BOX 71727
LOUIN, MS 39338               PHILADELPHIA, PA 19176



MERCURY/FBT                   TARGET
ATTN: BANKRUPTCY              FIN. & RETAIL SERV
PO BOX 84064                  MAILSTOP BT
COLUMBUS, GA 31908            PO BOX 9475
                              MINNEAPOLIS, MN 55440


MERRICK BANK CORP             TD BANK
PO BOX 9201                   P.O. BOX 673
OLD BETHPAGE, NY 11804        MINNEAPOLIS, MN 55440




MISSION LANE LLC              TELERECOVERY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
P.O. BOX 105286               3800 FLORIDA AVE.
ATLANTA, GA 30348             STE 100
                              KENNER, LA 70065


SPRING OAKS CAPITAL           THE BANK OF MISSOUI
1400 CROSSWAYS BLVD           PO BOX 309
SUITE 100 B                   PERRYVILLE, MO 63775
CHESAPEAKE, VA 23334



SYNCHRONY BANK                WEX BANK
ATTN: BANKRUPTCY              PO BOX 639
P.O. BOX 965065               PORTLAND, ME 04104
ORLANDO, FL 32896



SYNCHRONY BANK                WEX BANK
ATTN: BANKRUPTCY              PO BOX 6293
PO BOX 965060                 CAROL STREAM, IL 60197
ORLANDO, FL 32896



SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896
```