UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: PHILLIP DALE DANIELS                                          Chapter 13
                                                                      Case No:25-51003 KMS

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(4). Creditors would possibly receive a greater distribution under a Chapter 7 proceeding. **The debtor has not yet provided all bank statements for the accounts listed on Schedule A/B.**

2. 11 U.S.C. §1325(b). Payments to be paid to unsecured creditors are inconsistent with disposable income **in that from pay stubs provided, the debtor's income is understated on Schedule I and Form 122C-1. Further, the Trustee objects to Line 33d on Form 122C-2 as that expense is for a camper in which the debtor does not reside or use, and receives no rental income.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2. The Trustee hereby objects to any amended plan filed hereafter.

| | | |
|---|---|---|
| 25-51003 KMS | OBJECTION TO CONFIRMATION OF INITIAL PLAN | Page 2 of 2 |

3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

| | |
|---|---|
| Dated: 9/5/2025 | /s/ David Rawlings |
| | David Rawlings |
| | Chapter 13 Trustee |
| | P.O. Box 566 |
| | Hattiesburg, MS 39403 |
| | (601) 582-5011 |
| | |
| | drawlings@rawlings13.net |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this 5th of September, 2025.

/s/ David Rawlings
David Rawlings