# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51003  **Case Name:** Phillip Dale Daniels

**Set:** 10/14/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #18)- RESET TO 11/18/25 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [10]Confirmation Hearing) The Objection filed by the Trustee (Dkt. #18) is reset to 11/18/25. Confirmation hearing removed. (mcc)