SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: October 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PHILLIP DALE DANIELS                                         CASE NO. 25-51003 KMS

DEBTOR .                                                                      CHAPTER 13

### ORDER RESETTING HEARING

THIS Cause having come on this date on the Objection to Confirmation of Plan filed by the Trustee (Dkt. #18) and the Court having considered the facts herein, finds that the hearing on October 14, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection to Confirmation of Plan hereby is continued and reset for November 18, 2025, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.  This hearing will be conducted by video conferencing.  Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi.  Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at:  www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841