Weinstein & Riley, P.S.
Attorneys at Law
749 Gateway Suite G-601
Abilene, TX 79602

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI (GULFPORT)

In re:
Phillip Dale Daniels
        Debtor.

CHAPTER 13
CASE NO. 25-51003

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

SSN # XXX-XX-9247

TO: Attorney for the Debtor: Thomas Carl Rollins, Jr
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Landmark Strategy Group, LLC, for account # **XXXXXXXXXXXX0000**, in the amount of $2,433.85 docketed by the court on **September 8, 2025**, claim number 26.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   October 24, 2025

/s/ Jordan Morrison
Jordan Morrison
Representative for Scolopax, LLC
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Telephone: 8773323543
Email: bncmail@w-legal.com

48238026

Weinstein & Riley, P.S.
Attorneys at Law
749 Gateway Suite G-601
Abilene, TX 79602

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI (GULFPORT)

| | |
|---|---|
| In re:<br>Phillip Dale Daniels<br>                Debtor.<br><br><br>SSN # XXX-XX-9247 | CHAPTER 13<br>CASE NO. 25-51003 |

### CERTIFICATE OF SERVICE

I, Jordan Morrison, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 26 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on October 24, 2025 to the following parties:

Trustee via E-Filing
David Rawlings
ecfnotices@rawlings13.net

Debtors' Counsel via E-Filing
THOMAS CARL ROLLINS JR
trollins@therollinsfirm.com

U.S. Trustee via E-Filing
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Dated: October 24, 2025

/s/ Jordan Morrison
Jordan Morrison