# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51003  **Case Name:** Phillip Dale Daniels

**Set:** 11/18/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Trustee's Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan filed by Debtor Phillip Dale Daniels). (Dkt. #18)

---

Minute Entry Re: (related document(s): [18] Trustee's Objection to Confirmation of Plan filed by David Rawlings) Wilson to submit an Agreed Order. Order due by 12/02/2025. (mcc)