United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51003-KMS |
| Phillip Dale Daniels | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Nov 18, 2025 | Form ID: n031 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip Dale Daniels, 3948 CR 23, Louin, MS 39338-3337 |
| 5533292 | + | Best Egg, PO BOX 1216, Chesapeake, VA 23327-1216 |
| 5560316 | + | Community Bank of Mississippi, PO Box 265, Laurel MS 39441-0265 |
| 5533304 | + | Credit Coastal LLC, 3300 Rider Trail, Ste. 500, Earth City, MO 63045-1338 |
| 5533307 | + | First State Bank, 1808 Hwy 84 W, Laurel, MS 39440-3260 |
| 5533315 | + | Mary Daniels, 3948 County Road 23, Louin, MS 39338-3337 |
| 5533329 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2025 19:48:58 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5533289 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 19:49:03 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5533290 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 18 2025 19:41:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5533291 | + | Email/Text: bk@avant.com | Nov 18 2025 19:41:00 | Avant, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5533295 | + | Email/Text: BKPT@cfna.com | Nov 18 2025 19:40:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5533303 | | Email/Text: cfcbackoffice@contfinco.com | Nov 18 2025 19:41:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5546025 | + | Email/Text: BKPT@cfna.com | Nov 18 2025 19:40:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5533293 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2025 19:48:58 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5533294 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 18 2025 19:49:02 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5535288 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2025 19:49:03 | Capital One Auto Finance, a division of Capital, One, N.A. c/o, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5536526 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2025 19:48:59 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: n031 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 5535911 | + | Email/Text: mrdiscen@discover.com | Nov 18 2025 19:41:00 | Capital One, N.A., successor by merger to, Discover Bank, PO Box 3025, New Albany Oh 43054-3025 |
| 5533296 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2025 19:48:54 | Citi Bank, PO BOX 6406, Sioux Falls, SD 57117-6406 |
| 5533297 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2025 19:49:03 | Citibank, Centralized Bankuptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5533298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2025 19:48:59 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5533300 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2025 19:41:00 | Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5533299 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2025 19:41:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5533301 | + | Email/Text: jill.johnson@communitybank.net | Nov 18 2025 19:41:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank Wy, Flowood, MS 39232-1220 |
| 5533302 | + | Email/Text: bankruptcy@connexuscu.org | Nov 18 2025 19:41:00 | Connexus Credit Union, Attn: Bankruptcy, P.O.Box 8026, Wausau, WI 54402-8026 |
| 5533305 | + | Email/Text: bankruptcies@crownasset.com | Nov 18 2025 19:41:00 | Crown Asset Management, 3100 Breckenridge Blvd, Ste 725, Duluth, GA 30096-7605 |
| 5533306 | + | Email/Text: mrdiscen@discover.com | Nov 18 2025 19:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5533308 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 18 2025 19:41:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5533309 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 18 2025 19:41:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5533311 | ^ | MEBN | Nov 18 2025 19:36:12 | GGR, Attn Roger Gutierrez, PO Box 571811, Houston, TX 77257-1811 |
| 5533313 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2025 19:41:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 5554512 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2025 19:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5533312 | ^ | MEBN | Nov 18 2025 19:36:05 | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 5561046 | | Email/Text: bncmail@w-legal.com | Nov 18 2025 19:41:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5534581 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 19:48:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5533314 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 19:48:53 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5538880 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2025 19:48:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5533318 | | Email/Text: ml-ebn@missionlane.com | Nov 18 2025 19:40:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5533316 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 18 2025 19:41:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5533317 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2025 19:48:58 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5562051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2025 19:48:58 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5559328 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: n031 | Total Noticed: 60 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2025 19:41:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5560836 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2025 19:41:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5557078 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2025 19:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5533319 | | Email/Text: bankruptcy@springoakscapital.com | Nov 18 2025 19:40:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5543405 | | Email/Text: bankruptcy@springoakscapital.com | Nov 18 2025 19:40:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5533324 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2025 19:48:53 | Synchrony Bank, PO BOX 71727, Philadelphia, PA 19176-1727 |
| 5564370 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2025 19:48:53 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5533323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2025 19:48:59 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 5533321 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2025 19:48:59 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5533322 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2025 19:48:53 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5533320 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2025 19:48:53 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5548154 | | Email/Text: bncmail@w-legal.com | Nov 18 2025 19:41:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5533326 | + | Email/Text: bncmail@w-legal.com | Nov 18 2025 19:41:00 | TD Bank, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 5533325 | + | Email/Text: bncmail@w-legal.com | Nov 18 2025 19:41:00 | Target, Fin. & Retail Serv, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5533327 | + | Email/Text: EBNNotice@Telerecovery.com | Nov 18 2025 19:41:00 | Telerecovery, Attn: Bankruptcy, 3800 Florida Ave., Ste 100, Kenner, LA 70065-3034 |
| 5533328 | + | Email/Text: jcissell@bankofmissouri.com | Nov 18 2025 19:41:00 | The Bank of Missoui, PO BOX 309, Perryville, MO 63775-0309 |
| 5533330 | | Email/Text: _fe4@wrightexpress.com | Nov 18 2025 19:41:00 | Wex Bank, PO BOX 6293, Carol Stream, IL 60197 |
| 5566822 | + | Email/Text: legalSOP@WEXInc.com | Nov 18 2025 19:41:00 | Wex Bank, 1 Hancock Street, Portland ME 04101-4217 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | LANDMARK STRATEGY GROUP LLC, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051, address filed with court:, Landmark Strategy Group, LLC, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 5533310 | *+ | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: n031 | Total Noticed: 60 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Phillip Dale Daniels trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51003−KMS
**Chapter:** 13

**In re:**

Phillip Dale Daniels
aka Phillip D Daniels
3948 CR 23
Louin, MS 39338

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on November 18, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 18, 2025                          Danny L. Miller, Clerk of Court