| Fill in this information to identify the case: |
|---|
| Debtor 1 _____ |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of _____ |
| Case number _____ |

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice                               _____

**New total payment:**                               $ _____
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____      **New escrow payment:** $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%       **New interest rate:** _____%

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____       **New mortgage payment:** $ _____

Debtor 1 _____    Case number (*if known*) _____
         First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_____    Date _____
Signature

Print: _____    Title _____
    First Name    Middle Name    Last Name

Company _____

Address _____
    Number    Street

_____
City    State    ZIP Code

Contact phone _____    Email _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  PHILLIP DALE DANIELS                                          NO. 25-51003-KMS

**CERTIFICATE OF SERVICE**

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Mortgage Payment Change** by first class mail, postage prepaid to Phillip Dale Daniels, 3948 CR 23, Louin, MS 39338 and via the ECF notification service to Thomas Carl Rollins, Jr., David Rawlings, and the U.S. Trustee.

DATED:  February 19, 2026

/s/ Jeff Rawlings
Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

```
Community Bank of Mississippi                                        Page       1
1905 Community Bank Way Ste 19
Flowood, MS 39232


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                           PROJECTIONS FOR COMING YEAR


Phillip Dale Daniels
3948 County Road 23
Louin MS 39338-3337




Re:  Loan                                                         1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

 Month         Payments to       Payments from    Description    Escrow Account
             Escrow  Account    Escrow Account                       Balance

Starting Balance: .........................................         803.76

Mar 2026        280.25              0.00                           1,084.01
Apr 2026        280.25              0.00                           1,364.26
May 2026        280.25              0.00                           1,644.51
Jun 2026        280.25              0.00                           1,924.76
Jul 2026        280.25              0.00                           2,205.01
Aug 2026        280.25              0.00                           2,485.26
Sep 2026        280.25            2,635.00     Prop/Wind/Flood       130.51
Oct 2026        280.25              0.00                             410.76
Nov 2026        280.25              0.00                             691.01
Dec 2026        280.25              0.00                             971.26
Jan 2027        280.25              0.00                           1,251.51
Feb 2027        280.25              0.00                           1,531.76

              3,363.00            2,635.00
```

Your projected current escrow balance is 803.76. Your projected
starting escrow balance according to this analysis should be 1,537.10.
This means you have a shortage of 733.34. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. We have decided to collect the shortage
over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 734.00 of which
453.75 will be for principal and interest and 280.25 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 477-9361

```
Community Bank of Mississippi                              Page     1
1905 Community Bank Way Ste 19
Flowood, MS 39232



Phillip Dale Daniels
3948 County Road 23
Louin MS 39338-3337




                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                                 ACCOUNT HISTORY


Re:   Loan                                                  1/26/26


This is a statement of actual activity in your escrow account from
March 1, 2025 to February 28, 2026. Compare it to the Annual Escrow
Account Disclosure Statement Projections for Coming Year which was sent to
you on January 24, 2025 (another copy is enclosed).

Your monthly mortgage payment for the past year was 689.00 of which
453.75 was for principal and interest and 235.25 went into
your escrow account.
```

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 610.76 |
| Mar 2025 | 236.25 * | 0.00 | | 847.01 |
| Apr 2025 | 236.25 * | 0.00 | | 1,083.26 |
| May 2025 | 236.25 * | 0.00 | | 1,319.51 |
| Jun 2025 | 236.25 * | 0.00 | | 1,555.76 |
| Jul 2025 | 236.25 * | 0.00 | | 1,792.01 |
| Aug 2025 | 235.25 | 2,635.00 * | Prop/Wind/Flood | 607.74- |
| Sep 2025 | 235.25 | 0.00 | | 372.49- |
| Sep 2025 | 0.00 | 0.00 | | 372.49- |
| Oct 2025 | 235.25 | 0.00 | | 137.24- |
| Nov 2025 | 235.25 | 0.00 | | 98.01 |
| Dec 2025 | 235.25 | 0.00 | | 333.26 |
| Jan 2026 | 235.25 | 0.00 | | 568.51 |
| Feb 2026 | 235.25 | 0.00 | | 803.76 |
| | 2,828.00 | 2,635.00 | | |

```
An Asterisk(*) indicates a difference from a previous estimate either in the
date or amount.

Last year, we anticipated that payments from your account would be made during
this period equaling 2,168.00. Under Federal law, your lowest monthly
balance should not have exceeded 361.33 or 1/6 of anticipated payments
from the account, unless your mortgage contract or State law specifies a lower
amount. Under your mortgage contract and State law, your lowest monthly balance
should not have exceeded 361.33. If you want a further explanation,
please call Bankruptcy Officer at (601) 477-9361
```

```
Community Bank of Mississippi                                          Page    1
1905 Community Bank Way Ste 19
Flowood, MS 39232
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
PROJECTIONS FROM PREVIOUS YEAR

```
Phillip Dale Daniels
3948 County Road 23
Louin MS 39338-3337
```

Re: Loar                                                              1/26/26

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance: | | | | 610.76 |
| Mar 2025 | 235.25 | 0.00 | | 846.01 |
| Apr 2025 | 235.25 | 0.00 | | 1,081.26 |
| May 2025 | 235.25 | 0.00 | | 1,316.51 |
| Jun 2025 | 235.25 | 0.00 | | 1,551.76 |
| Jul 2025 | 235.25 | 0.00 | | 1,787.01 |
| Aug 2025 | 235.25 | 0.00 | | 2,022.26 |
| Sep 2025 | 235.25 | 2,168.00 | Prop/Wind/Flood | 89.51 |
| Oct 2025 | 235.25 | 0.00 | | 324.76 |
| Nov 2025 | 235.25 | 0.00 | | 560.01 |
| Dec 2025 | 235.25 | 0.00 | | 795.26 |
| Jan 2026 | 235.25 | 0.00 | | 1,030.51 |
| Feb 2026 | 235.25 | 0.00 | | 1,265.76 |
| | 2,823.00 | 2,168.00 | | |

Your projected current escrow balance is 610.76. Your projected starting escrow balance according to this analysis should be 1,264.64. This means you have a shortage of 653.88. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect the shortage over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 689.00 of which 453.75 will be for principal and interest and 235.25 will go into your escrow account.

If you have any questions concerning your loan or this notice, please contact: Bankruptcy Officer at (601) 477-9361